**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

CARTRELL R. SMITH SR.,
JASON LUTZ, and
ROBERT ORGAN,

       Plaintiffs,

v.                                             Civ. No. 16-1201 MCA/GJF

CORRECTIONS CORP. OF AMERICA
TORRANCE COUNTY, and
CHAD MILLER,

       Defendants.

**<u>ORDER TO SHOW CAUSE</u>**

This matter is before the Court *sua sponte*. The record reflects that certain mailings to Plaintiff Robert Organ were returned as undelivered [*see* ECF Nos. 22, 24]. It appears that Plaintiff has been transferred or released from custody without advising the Court of his new address, as required by D.N.M.LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure. . . The same is true of simple, nonburdensome local rules . . .." (citation omitted)). Failure to comply with this Order may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that, within twenty-one (21) days from entry of this Order, Plaintiff Robert Organ shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE